# United States District Court

_____ EASTERN _____ DISTRICT OF _____ ARKANSAS _____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 2 6 2005
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

V.

John Doe, aka "biggdick9in"

CRIMINAL COMPLAINT

CASE NUMBER: 4:05 m 01010

4:05CR00038

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>January 25, 2005</u> in <u>Pulaski</u> county, in the Eastern District of Arkansas defendant(s) did, (Track Statutory Language of Offense)

USE THE INTERNET, A FACILITY AND MEANS OF INTERSTATE COMMERCE, TO ATTEMPT TO KNOWINGLY PERSUADE, INDUCE, ENTICE OR COERCE AN INDIVIDUAL WHO HAD NOT ATTAINED THE AGE OF 18 YEARS TO ENGAGE IN SEXUAL ACTIVITY FOR WHICH ANY PERSON CAN BE CHARGED WITH A CRIMINAL OFFENSE.

in violation of Title <u>18</u>, United States Code, Section(s) <u>2422(b)</u> I further state that I am a(n) <u>FBI Special Agent</u> and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof.    X Yes    _ No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence

at   Little Rock, Arkansas
     City and State

January 26, 2005
Date

U. S. Magistrate Judge Jerry W. Cavaneau
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

**1**

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, K. Jill Hill, being duly sworn do hereby depose and state:

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) for more than eight years. Since joining the FBI, I have investigated violations of federal law in violent crime and cyber crime and am currently assigned to the FBI Innocent Images Task Force in the Little Rock Field Office. Among my responsibilities are enforcement of federal criminal statutes involving the sexual exploitation of children pursuant to Title 18, United States Code, Section 2422 (b) and Title 18 United States Code, Section 2251, et seq. I have gained experience through formal training, as well as by conducting these types of investigations.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. The statements in this Affidavit are based on my experience as a Special Agent. Because the affidavit is for the limited purpose of obtaining a complaint and arrest warrant, I have not necessarily included every fact known or developed by me through this investigation.

4. This affidavit contains the facts and circumstances possessed by your Affiant to establish probable cause to believe that John Doe, aka "biggdick9in" has used a "facility" and a means of interstate commerce, namely the Internet, to attempt to or to knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense. In this case, the applicable sexual activity your affiant believes Doe proposed to carry out with an individual who he believed to be a 13 year old minor female, included, but is not limited to, oral and vaginal sex.

### YAHOO!

5. Yahoo! Messenger is a commercial Internet computer service that offers subscribers access to instant realtime type-written communications with other subscribers known as "chat". Instant messages or private messages can be sent to someone within a chatroom to chat with them one-on-one and where no one else sees the content of the message. Yahoo! also provides electronic mail (e-mail) service, enabling subscribers to communicate by computer similar to writing letters and sending them through normal mail. Each Yahoo! subscriber must have access to a computer which communicates with the central computer system located in California through telephone, DSL, or cable modems. Each subscriber can communicate with other Yahoo! users either in real-time through chat rooms, private chat rooms, or instant messages, if the other subscriber is also online, or via e-mail. Within the system, each subscriber may have a profile page which includes, but is not limited to his/her Yahoo! ID, real name, location, age, marital status, gender, occupation, hobbies, latest news, and favorite quote.

1

## FACTS AND CIRCUMSTANCES

6. On January 25, 2005, Online Covert Employee (OCE) SA Jill Hill acting as a thirteen year old female from Little Rock, Arkansas, logged onto Yahoo! servers and entered an Arkansas chatroom. An individual using the Yahoo! identity "biggdick9in" contacted SA Hill's undercover identity via instant message.

The following are excerpts from the chat:

emktchrldr (4:17:26 PM): hi
biggdick9in (4:17:33 PM): a/l [referring to age and location]
emktchrldr (4:17:40 PM): 13 little rock
emktchrldr (4:17:42 PM): u
biggdick9in (4:17:43 PM): o
biggdick9in (4:17:45 PM): sorry
emktchrldr (4:17:55 PM): sorry for what
biggdick9in (4:18:01 PM): u r your
biggdick9in (4:18:05 PM): young

\*\*\*\*\*\*

emktchrldr (4:20:17 PM): how old r u
biggdick9in (4:20:24 PM): too old
emktchrldr (4:20:27 PM): ?
biggdick9in (4:20:35 PM): way too old
emktchrldr (4:20:38 PM): k
biggdick9in (4:20:54 PM): and big
emktchrldr (4:20:59 PM): bi?
emktchrldr (4:21:02 PM): big?
emktchrldr (4:21:04 PM): lol
biggdick9in (4:21:07 PM): yes
emktchrldr (4:21:11 PM): like how
biggdick9in (4:21:19 PM): real big
emktchrldr (4:21:23 PM): k
biggdick9in (4:21:36 PM): u ever make love
emktchrldr (4:21:40 PM): nope
emktchrldr (4:21:43 PM): not yet
biggdick9in (4:21:47 PM): k
biggdick9in (4:22:15 PM): wanting to
emktchrldr (4:22:17 PM): yea
emktchrldr (4:22:23 PM): wit the right guy
biggdick9in (4:22:28 PM): k

******

biggdick9in (4:25:55 PM): can u handle it
emktchrldr (4:26:23 PM): i dunno
emktchrldr (4:26:26 PM): maybe
biggdick9in (4:26:48 PM): u can get out later
emktchrldr (4:26:57 PM): like when
biggdick9in (4:27:05 PM): tell me
emktchrldr (4:27:21 PM): maybe one day after skook
emktchrldr (4:27:23 PM): skool
biggdick9in (4:27:33 PM): now
emktchrldr (4:27:41 PM): prolly cant today
emktchrldr (4:27:45 PM): mom be home soon

******

biggdick9in (4:29:46 PM): r u the police
emktchrldr (4:29:53 PM): no y
biggdick9in (4:30:00 PM): serious
emktchrldr (4:30:10 PM): yea im the fbi like on tv
emktchrldr (4:30:11 PM): no way
emktchrldr (4:30:12 PM): lol
emktchrldr (4:30:21 PM): r u
biggdick9in (4:30:27 PM): no
emktchrldr (4:30:29 PM): k
biggdick9in (4:30:36 PM): u sure
emktchrldr (4:30:40 PM): yes
biggdick9in (4:30:59 PM): want to be licked
emktchrldr (4:31:03 PM): yea
biggdick9in (4:31:21 PM): u do
emktchrldr (4:31:24 PM): yea
biggdick9in (4:31:29 PM): can i
emktchrldr (4:31:34 PM): yea if ur nice
biggdick9in (4:31:40 PM): i am
emktchrldr (4:31:43 PM): k
emktchrldr (4:31:52 PM): will u tell me how old u r
biggdick9in (4:32:02 PM): old
biggdick9in (4:32:07 PM): 42
emktchrldr (4:32:14 PM): kool
biggdick9in (4:32:26 PM): o
biggdick9in (4:32:47 PM): really
emktchrldr (4:32:50 PM): well yea
biggdick9in (4:32:57 PM): what school u in
emktchrldr (4:33:05 PM): 8th

3

biggdick9in (4:33:25 PM): k
biggdick9in (4:33:40 PM): so, u would let me eat u
emktchrldr (4:33:44 PM): yea
emktchrldr (4:33:48 PM): never done that
biggdick9in (4:33:59 PM): and u want to
emktchrldr (4:34:02 PM): yea
emktchrldr (4:34:10 PM): ive heard grls talk bout it
biggdick9in (4:34:20 PM): ic
biggdick9in (4:34:40 PM): u r scaring me
emktchrldr (4:34:46 PM): y
biggdick9in (4:35:04 PM): just u r
emktchrldr (4:35:10 PM): k
biggdick9in (4:35:30 PM): can u go to your friend house
emktchrldr (4:35:39 PM): yeah
emktchrldr (4:35:41 PM): for what
biggdick9in (4:35:52 PM): just to meet me
biggdick9in (4:36:04 PM): for 30 mins
emktchrldr (4:36:14 PM): some other place may be better
biggdick9in (4:36:44 PM): no, u just tell mom , that's where u r going
biggdick9in (4:36:53 PM): and meet me
emktchrldr (4:36:57 PM): oh
emktchrldr (4:37:02 PM): yea that would be kool
emktchrldr (4:37:05 PM): ud pick me up
biggdick9in (4:37:09 PM): yes
emktchrldr (4:37:12 PM): kool
biggdick9in (4:37:20 PM): serious
emktchrldr (4:37:23 PM): yea
emktchrldr (4:37:43 PM):  i could tell her that im goin to natalies cuz she doesnt talk to her mom
biggdick9in (4:37:56 PM): k
biggdick9in (4:37:59 PM): when
emktchrldr (4:38:04 PM): i dunno
emktchrldr (4:38:12 PM): where we go
biggdick9in (4:38:20 PM): ride
biggdick9in (4:38:23 PM): motel
emktchrldr (4:38:28 PM): k
emktchrldr (4:38:29 PM): kool
biggdick9in (4:38:41 PM): r u really serious
emktchrldr (4:38:44 PM): well yea
emktchrldr (4:38:46 PM): r u
biggdick9in (4:38:51 PM): very
emktchrldr (4:38:53 PM): k
emktchrldr (4:39:00 PM): :)
biggdick9in (4:39:09 PM): u not serious

emktchrldr (4:39:15 PM): yep
biggdick9in (4:39:22 PM): what time
emktchrldr (4:39:29 PM): i dunno
emktchrldr (4:39:47 PM): maybe like 3:30 or 4 or sumthin
biggdick9in (4:40:03 PM): when
biggdick9in (4:40:06 PM): today

\*\*\*\*\*\*

biggdick9in (4:40:56 PM): want to view my cam
emktchrldr (4:41:03 PM): k
biggdick9in (4:41:06 PM): see how big it is
biggdick9in (4:41:29 PM): huh
emktchrldr (4:41:43 PM): id luv 2
emktchrldr (4:41:57 PM): is it really 9 inches
biggdick9in (4:41:59 PM): u not the police
emktchrldr (4:42:06 PM): no
biggdick9in (4:42:10 PM): promise
emktchrldr (4:42:12 PM): y u keep syin that
emktchrldr (4:42:24 PM): promise
emktchrldr (4:42:28 PM): :-*
emktchrldr (4:43:14 PM): i c u

\*\*\*\*\*\*

biggdick9in (4:43:34 PM): u like
emktchrldr (4:43:42 PM): really big
emktchrldr (4:43:45 PM): where did u go
biggdick9in (4:44:46 PM): there
emktchrldr (4:44:52 PM): yep im here
emktchrldr (4:44:54 PM): u left again
biggdick9in (4:44:59 PM): yes
biggdick9in (4:45:03 PM): u want it
emktchrldr (4:45:13 PM): ud have to show me what to do
biggdick9in (4:45:23 PM): ok
biggdick9in (4:45:27 PM): i will
biggdick9in (4:45:44 PM): u want ti
biggdick9in (4:45:46 PM): it
emktchrldr (4:45:50 PM): yea
emktchrldr (4:46:00 PM): we could try
emktchrldr (4:46:10 PM): u evr been wit a virgin
biggdick9in (4:46:16 PM): no
biggdick9in (4:46:27 PM): i will go very easy
emktchrldr (4:46:33 PM): k

emktchrldr (4:46:41 PM): iv hurd it hurts
biggdick9in (4:46:42 PM): would eat u
biggdick9in (4:46:57 PM): naw
biggdick9in (4:47:18 PM): do u really want it
emktchrldr (4:47:28 PM): id be nervours
biggdick9in (4:47:34 PM): why
emktchrldr (4:48:10 PM): i dunno
emktchrldr (4:48:14 PM): never dune
emktchrldr (4:48:15 PM):  it
biggdick9in (4:48:31 PM): u will be ok
biggdick9in (4:48:37 PM): promise
emktchrldr (4:48:40 PM): i trust u
biggdick9in (4:48:54 PM): u do
biggdick9in (4:49:04 PM): i would'nt give u this
emktchrldr (4:49:05 PM): yea
biggdick9in (4:49:16 PM): i would just eat u
emktchrldr (4:49:25 PM): oh
emktchrldr (4:49:29 PM): k
biggdick9in (4:49:49 PM): unless u want to
emktchrldr (4:50:00 PM): maybe
emktchrldr (4:50:02 PM): i dunno
biggdick9in (4:50:20 PM): u shaved
emktchrldr (4:50:29 PM): a lil
biggdick9in (4:51:04 PM): hair on it
emktchrldr (4:51:11 PM): yea sum
biggdick9in (4:51:22 PM): k
biggdick9in (4:51:29 PM): do it be wet
biggdick9in (4:52:19 PM): i sure want to lick it

******

biggdick9in (4:54:55 PM): wish u could get out today
emktchrldr (4:55:06 PM): me 2
biggdick9in (4:55:23 PM): for alittle
emktchrldr (4:56:01 PM): cant today
emktchrldr (4:56:03 PM): i wish i could
emktchrldr (4:56:10 PM): ive got my lil bro
biggdick9in (4:56:26 PM): of little later
emktchrldr (4:56:39 PM): huh?
biggdick9in (4:56:51 PM): later today
emktchrldr (4:56:57 PM): mom will be here
biggdick9in (4:57:20 PM): tell her u going study
biggdick9in (4:57:29 PM): for 30 min
biggdick9in (4:57:46 PM): and i will pick u up

emktchrldr (4:58:01 PM): i dunno
emktchrldr (4:58:17 PM): she might get hinky
biggdick9in (4:58:24 PM): no
emktchrldr (4:58:31 PM): i can tom
emktchrldr (4:58:37 PM): or thurs
emktchrldr (4:58:43 PM): or fri
biggdick9in (4:58:57 PM): where u live
emktchrldr (4:59:07 PM): west lr
emktchrldr (4:59:07 PM): u
biggdick9in (4:59:24 PM): john borrow
emktchrldr (4:59:31 PM): oh
biggdick9in (4:59:43 PM): not far
emktchrldr (4:59:52 PM): nope
biggdick9in (5:00:14 PM): i want to eat u
emktchrldr (5:00:31 PM): me 2

******

emktchrldr (5:03:42 PM): what u drive
biggdick9in (5:04:08 PM): 2003 whit grand am
emktchrldr (5:04:15 PM): k
biggdick9in (5:04:41 PM): so, u like
emktchrldr (5:04:46 PM): yep
biggdick9in (5:05:08 PM): today
emktchrldr (5:05:24 PM): mom gonna be here in a min
emktchrldr (5:05:28 PM): another day
emktchrldr (5:05:42 PM): id like to chat wit u some more 2
biggdick9in (5:06:15 PM): ok
emktchrldr (5:06:26 PM): where u go
biggdick9in (5:06:26 PM): add me
biggdick9in (5:07:16 PM): i'll be waiting
emktchrldr (5:07:22 PM): k
emktchrldr (5:07:24 PM): me 2
emktchrldr (5:07:27 PM): when can u
biggdick9in (5:07:35 PM): what
emktchrldr (5:08:04 PM): do this
biggdick9in (5:08:29 PM): any time
emktchrldr (5:08:37 PM): k
biggdick9in (5:09:01 PM): if u r serious
emktchrldr (5:09:08 PM): r u
biggdick9in (5:09:24 PM): yes
biggdick9in (5:09:26 PM): very
emktchrldr (5:09:31 PM): how do i know ur nice
biggdick9in (5:09:38 PM): i am

7

emktchrldr (5:09:45 PM): u want hurt me
biggdick9in (5:09:56 PM): i would'nt hurt u

******

[Affiant agreed to meet at McDonald's restaurant on Markham Street at 3:30 p.m. on January 26, 2005, after which the following chat took place:]

emktchrldr (5:18:40 PM): what u look like
biggdick9in (5:18:49 PM): u will know
biggdick9in (5:18:57 PM): low cut hair
biggdick9in (5:19:10 PM): nice
biggdick9in (5:19:14 PM): proimse
emktchrldr (5:19:18 PM): what u gonna wear
biggdick9in (5:19:30 PM): sweat pant
biggdick9in (5:19:34 PM): blue
biggdick9in (5:19:47 PM): white t shirt
emktchrldr (5:19:56 PM): wear a hat
biggdick9in (5:20:02 PM): cap
emktchrldr (5:20:04 PM): yea
biggdick9in (5:20:11 PM): blue
emktchrldr (5:20:13 PM): k
biggdick9in (5:20:19 PM): serious
emktchrldr (5:20:31 PM): yes
emktchrldr (5:20:33 PM): r u
biggdick9in (5:20:38 PM): yes
emktchrldr (5:20:45 PM): so r u gonna be inside or what
emktchrldr (5:21:16 PM): or do u jus wnat me to get in the car
biggdick9in (5:21:22 PM): i can
emktchrldr (5:21:39 PM): k
emktchrldr (5:21:43 PM): whatevr
biggdick9in (5:22:32 PM): u can come to the car
emktchrldr (5:22:37 PM): k
emktchrldr (5:23:24 PM): u there
biggdick9in (5:23:32 PM): yes
emktchrldr (5:23:35 PM): k
biggdick9in (5:24:07 PM): just tring to seeif u going to stand me up
emktchrldr (5:24:17 PM): no
biggdick9in (5:24:44 PM): sure
emktchrldr (5:24:48 PM): yea
emktchrldr (5:24:53 PM): r u gonna be there
biggdick9in (5:24:59 PM): yes
biggdick9in (5:25:16 PM): wouldn't miss it
emktchrldr (5:25:21 PM): k

biggdick9in (5:25:37 PM): what time
emktchrldr (5:25:44 PM): 3:30
emktchrldr (5:25:52 PM): right afterskool
biggdick9in (5:25:56 PM): k
biggdick9in (5:26:00 PM): til
emktchrldr (5:26:08 PM): ?
biggdick9in (5:26:22 PM): how long
emktchrldr (5:26:37 PM): well my mom gets home like at 5:30
biggdick9in (5:26:43 PM): k
emktchrldr (5:26:48 PM): so ill have to be hre by then
biggdick9in (5:26:54 PM): 45 min
emktchrldr (5:27:02 PM): k
biggdick9in (5:27:16 PM): i can eat u
emktchrldr (5:27:21 PM): yea
biggdick9in (5:27:30 PM): sure
emktchrldr (5:27:33 PM): yea
biggdick9in (5:27:47 PM): u going to cum
emktchrldr (5:27:53 PM): i dunno
emktchrldr (5:28:04 PM): dont know what feels like
biggdick9in (5:28:25 PM): ok
biggdick9in (5:28:46 PM): but u want it
emktchrldr (5:28:50 PM): yea
biggdick9in (5:29:17 PM): u wear thongs
emktchrldr (5:29:21 PM): somtimes
emktchrldr (5:29:27 PM): ive got 2
biggdick9in (5:29:42 PM): what will u have on
emktchrldr (5:29:58 PM): jeans and a tan coat
biggdick9in (5:30:29 PM): ok
biggdick9in (5:30:51 PM): with thongs

******

biggdick9in (5:32:56 PM): don't want to be stand up
emktchrldr (5:33:17 PM): i wont unless i cant get my frind to watch my lil bro
biggdick9in (5:33:38 PM): how will i know
emktchrldr (5:34:05 PM): i dunno
emktchrldr (5:34:38 PM): ill be there
biggdick9in (5:34:39 PM): damn
biggdick9in (5:34:59 PM): u got a cell
emktchrldr (5:35:05 PM): no
biggdick9in (5:35:22 PM): damn
biggdick9in (5:35:32 PM): can u get her too
emktchrldr (5:35:44 PM): huh?
biggdick9in (5:35:57 PM): watch your bro

9

```
biggdick9in (5:36:28 PM): your friend
emktchrldr (5:36:34 PM): yea
biggdick9in (5:36:42 PM): will she
emktchrldr (5:36:52 PM): yea i thnk so
biggdick9in (5:37:03 PM): please
emktchrldr (5:37:05 PM): i know
emktchrldr (5:37:11 PM): i want her to
biggdick9in (5:37:40 PM): when can u find out
emktchrldr (5:38:02 PM): like 2night or tom at skool
biggdick9in (5:38:30 PM): u think she willl
emktchrldr (5:38:33 PM): yea
biggdick9in (5:38:38 PM): k
biggdick9in (5:38:50 PM): so, we will meet
emktchrldr (5:38:55 PM): yea
biggdick9in (5:39:07 PM): ok
emktchrldr (5:39:13 PM): hey
emktchrldr (5:39:15 PM): sorry
emktchrldr (5:39:18 PM): mom on her way
emktchrldr (5:39:20 PM): gotta go
biggdick9in (5:39:23 PM): k
biggdick9in (5:39:30 PM): let me know
emktchrldr (5:39:36 PM): ill be there
biggdick9in (5:39:45 PM): serious
emktchrldr (5:40:04 PM): yea
biggdick9in (5:40:08 PM): ok
emktchrldr (5:40:13 PM): k
emktchrldr (5:40:15 PM): byes
biggdick9in (5:40:15 PM): see u there
biggdick9in (5:40:22 PM): bye
```

7. During the course of the chat set forth above, the individual requested permission for your Affiant to view his webcam during which a black male appeared to be masturbating.

8. A query was conducted of the Yahoo! Profiles Member Directory for "biggdick9in". The following is a summary:

```
Yahoo! ID: biggdick9in
Real Name: tell u later
Nickname: biggdick9in
Location: little rock
Age: 42
Marital Status: Divorced
Gender: Male
Occupation: maintence
```

10

## CONCLUSION

Based upon the above information and your affiant's experience there is probable cause to believe that John Doe, aka "biggdick9in" has committed a violation of Title 18, United States Code, Section 2422 (b), in that he has used a "facility" and a means of interstate commerce, namely the Internet, to attempt, or to knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense ( AR statute 5-14-110, Sexual indecency with a minor and 5-14-127, Sexual Assault, Fourth Degree).

K. Jill Hill, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 26th day of January, 2005

The Honorable Jerry W. Cavaneau
United States Magistrate Judge

11