FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 30 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     NO. 4:05CR00038 JLH

WILLIE WALKER     DEFENDANT

## ORDER

Defendant has filed a *pro se* Petition for Writ of Habeas Corpus in this matter. The record reflects that on May 27, 2005, U.S. Magistrate Judge Jerry W. Cavaneau appointed James Winfield Wyatt as new counsel for defendant. Local Rule 5.5(c)(1) states in part, '...Every pleading filed in behalf of a party represented by counsel shall be signed by at least one attorney of record in his or her individual name...' Mr. Wyatt did not sign the pending petition.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus (Docket #43) is denied as moot, subject to refiling by defendant's court-appointed counsel. The Clerk is directed not to file future pleadings submitted *pro se* unless they relate to the representation by his court-appointed counsel.

IT IS SO ORDERED this 30th day of June, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE