**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                           No. 4:05CR00038 JLH

WILLIE WALKER                                                                                   DEFENDANT

**ORDER**

Willie Walker has filed a motion for reconsideration of the order of detention and another motion making substantially the same argument. Documents #56 and #57. He has also filed other petitions and written the Court arguing that his detention before trial and before sentencing was in error because it was based upon a warrant in Albuquerque, New Mexico, which was really not an active warrant against him. When the undersigned took Mr. Walker's plea, Mr. Walker's attorney was allowed to present evidence and argument that Mr. Walker should be released. The undersigned concluded that Mr. Walker was a danger to the community and should not be released. Based on the evidence presented, the Court is certain that the decision to detain Mr. Walker pending trial was the correct decision whether or not it was influenced by the allegation of an outstanding warrant in New Mexico. Moreover, Mr. Walker will be given credit for the time served. All of Mr. Walker's motions regarding pretrial detention were without merit.

Mr. Walker also moved to appoint new counsel. Document #61. At the time Mr. Walker entered his plea of guilty, he stated on the record under oath that he was satisfied with the representation that had been provided to him, and specifically with regard to pleading guilty. At the time of the sentencing, Mr. Walker stated that his attorney had visited with him in prison, had gone over the presentence report with him, and had taken appropriate steps with regard to every issue

pertinent to sentencing other than with respect to any mention in the presentence report of the warrant in New Mexico. The Court has reviewed the presentence report. The alleged warrant in New Mexico was mentioned in paragraph 29. That paragraph does not effect the criminal history score and has no effect on the sentencing. Since Mr. Walker had no complaint about anything his attorney had done with respect to the plea of guilty, and since he had no complaint about anything his attorney had done that would effect sentencing, the Court finds that Mr. Walker has been given effective representation. There was and is no basis for the motion to appoint new counsel. That motion is denied.

All pending motions are denied.

IT IS SO ORDERED this 24th day of March, 2006.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE