

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 8 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA                    Docket Number: 4:05CR00038-1

Vs

Willie Charles Walker

## ORDER FOR DISPOSAL OF SEIZED PROPERTY

This matter comes before the Court requesting disposal of property seized from the defendant.

These items include: 1-LG cell phone.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that in accordance with procedures outlined in 41 CFR part 102-41 and the *Guide to Judiciary Policy*, the aforementioned property is to be released to the appropriate federal, state, or local law enforcement agency for disposal, or otherwise appropriately destroyed by the U.S. Probation Office.

IT IS SO ORDERED

Date this 18ᵀᴴ day of February, 2026.


United States District Judge